UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 13084
   LEONARD LOGAN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-6550
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/20/07 .

   2.  The case was dismissed without confirmation, 08/24/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY LOAN CO | SECURED VEHIC | .00 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, EDWARD J VARGA              , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/16/07                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                                            PAGE   2
      CASE NO. 07 B 13084 LEONARD LOGAN
```